**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DOMINIC W. o/b/o SOFIA W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:18-cv-00327 |
| ) | |
| THE NORTHERN TRUST COMPANY ) | Judge Matthew F. Kennelly |
| EMPLOYEE WELFARE BENEFIT PLAN ) | Magistrate Judge Jeffrey Cole |
| and HEALTH CARE SERVICE ) | |
| CORPORATION, d/b/a ) | |
| BLUE CROSS BLUE SHIELD OF ) | |
| ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:  Cardelle Bratton Spangler
Jasmine A. D. Fannell
Winston & Strawn LLP
35 West Wacker Drive, Suite 3130
Chicago, Illinois 60601
Email cspangler@winston.com; jfannell@winston.com

Martin J. Bishop
Rebecca R. Hanson
Meredith A. Shippee
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Email mbishop@reedsmith.com; rhanson@reedsmith.com; mshippee@reedsmith.com

PLEASE TAKE NOTICE that on September 10, 2019, Plaintiff Dominic W. o/b/o Sofia W., provisionally filed the following document with the Clerk of the U.S. District Court under seal: Settlement Agreement.

Dated: September 10, 2019                                     Respectfully Submitted,

                                                                                      /s/ Marie E. Casciari
                                                                                      _____

                                                  Marie E. Casciari
                                                  One of the Attorneys for Plaintiff
                                                  Dominic W. o/b/o Sofia W.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds, P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email mdebofsky@debofsky.com; mcasciari@debofsky.com; mmaloney@debofsky.com

# **CERTIFICATE OF SERVICE**

TO:  Cardelle Bratton Spangler
Jasmine A. D. Fannell
Winston & Strawn LLP
35 West Wacker Drive, Suite 3130
Chicago, Illinois 60601
Email cspangler@winston.com; jfannell@winston.com

Martin J. Bishop
Rebecca R. Hanson
Meredith A. Shippee
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Email mbishop@reedsmith.com; rhanson@reedsmith.com; mshippee@reedsmith.com

The undersigned attorney hereby certifies that on September 10, 2019, she electronically filed the foregoing NOTICE OF FILING with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named attorneys.

/s/ Marie E. Casciari

Marie E. Casciari
One of the Attorneys for Plaintiff
Dominic W. o/b/o Sofia W.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds, P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email mdebofsky@debofsky.com; mcasciari@debofsky.com; mmaloney@debofsky.com