UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Dominic W.
                                Plaintiff,

v.                                                           Case No.:
                                                          1:18−cv−00327
                                                          Honorable Matthew
                                                          F. Kennelly

The Northern Trust Company Employee Welfare
Benefit Plan, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11, 2019:

       MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 9/11/2019 with attorneys for all parties. Based on the Court's review of the settlement agreement filed under seal, the settlement is hereby approved. Status hearing is set for 10/9/2019 at 9:30 AM. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.