# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOMINIC W. o/b/o SOFIA W., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE NORTHERN TRUST COMPANY )<br>EMPLOYEE WELFARE BENEFIT PLAN )<br>and HEALTH CARE SERVICE )<br>CORPORATION, d/b/a )<br>BLUE CROSS BLUE SHIELD OF )<br>ILLINOIS, )<br>)<br>Defendants. ) | Case No: 1:18-cv-00327<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Jeffrey Cole |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Dominic W. o/b/o Sofia W., and Defendants, THE NORTHERN TRUST COMPANY EMPLOYEE WELFARE BENEFIT PLAN and HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, through their respective counsel, hereby jointly stipulate and agree that this matter be dismissed with prejudice.

Dated: September 23, 2019

Respectfully submitted,

/s/ Marie E. Casciari
_____
Marie E. Casciari
Counsel for Plaintiff
Dominic W. o/b/o Sofia W.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds, P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email mdebofsky@debofsky.com

/s/ Cardelle Bratton Spangler
_____
Counsel for Defendant
The Northern Trust Company Employee
Welfare Benefit Plan

Cardelle Bratton Spangler
Jasmine A. D. Fannell
Winston & Strawn LLP
35 West Wacker Drive, Suite 3130
Chicago, Illinois 60601
Voice (312) 558-5600
Fax (312) 558-5700
Email cspangler@winston.com;
jfannell@winston.com

mcasciari@debofsky.com
mmaloney@debofsky.com

/s/ Meredith A. Shippee
_____

Counsel for Defendant
Health Care Service Corporation d/b/a
Blue Cross Blue Shield of Illinois

Martin J. Bishop
Rebecca R. Hanson
Meredith A. Shippee
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Voice (312) 207-1000
Fax (312) 207-6400
Email mbishop@reedsmith.com
rhanson@reedsmith.com
mshippee@reedsmith.com

# CERTIFICATE OF SERVICE

TO:    Cardelle Bratton Spangler
Jasmine A. D. Fannell
Winston & Strawn LLP
35 West Wacker Drive, Suite 3130
Chicago, Illinois 60601
Email cspangler@winston.com; jfannell@winston.com

Martin J. Bishop
Rebecca R. Hanson
Meredith A. Shippee
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Email mbishop@reedsmith.com; rhanson@reedsmith.com; mshippee@reedsmith.com

The undersigned attorney hereby certifies that on September 23, 2019, she electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above-named attorneys.

/s/ Marie E. Casciari

Marie E. Casciari
One of the Attorneys for Plaintiff
Dominic W. o/b/o Sofia W.

Mark D. DeBofsky
Marie E. Casciari
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds, P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Voice (312) 561-4040
Fax (312) 929-0309
Email mdebofsky@debofsky.com; mcasciari@debofsky.com; mmaloney@debofsky.com