UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Dominic W.
                              Plaintiff,

v.                                            Case No.: 1:18−cv−00327

                                                      Honorable Matthew F. Kennelly

The Northern Trust Company Employee Welfare
Benefit Plan, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation of dismissal, case is dismissed with prejudice and without costs. The 10/9/2019 status hearing is vacated. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.